Robert A. Latham III, State Bar No. 125081
rlatham@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
T: 310.481.7600/F: 310.481.7650

Attorneys for Prime Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PRIME INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>M.A. PEREZ TRUCKING, INC., a California corporation; REYNA SANCHEZ, individually and as Successor-in-Interest to ROGELIO SANCHEZ QUINTANA, Decedent; TERESA GONZALEZ, an individual; DAVID ARANA, an individual; ROGELIO SANCHEZ, JR., an individual; EFREN JESUS SANCHEZ, an individual; EMILY SANCHEZ, an individual; EFREN SANCHEZ MEDRANO; an individual; and EMELIA QUINTANA GARCIA, an individual,<br><br>      Defendants. | Case No.: 5:25-cv-6125<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT [28 U.S.C. § 2201, 28 U.S.C. § 1332(a)] AND JURY DEMAND ON ALL ISSUES SO TRIABLE** |

For its Complaint for Declaratory Judgment, brought under 28 U.S.C. § 2201 pursuant to the Court's diversity jurisdiction, 28 U.S.C. § 1332(a), Plaintiff Prime Insurance Company (Prime) alleges:

. . . . .

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

36874501.1:12327-0021

-1-

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

**INTRODUCTION**

1. This is an insurance coverage declaratory judgment action, in which Prime seeks the judicial declaration that no coverage lies, including the joint duties to defend and to indemnify, for its insured, Defendant M.A. Perez Trucking, Inc. (Perez Trucking) in the lawsuit of *Sanchez et al. v. M.A. Perez et al.*, pending in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVSB2323004 (the Underlying Case). The Second Amended Complaint (SAC) in the Underlying Case is Exhibit 1 hereto and incorporated by reference.

2. Prime seeks this judicial declaration under Prime Policy No. SC22080693 (the Subject Policy), issued to Perez Trucking, effective August 8, 2022 to August 8, 2023, on the causes of action in the Underlying Case against Perez Trucking by the Plaintiffs there and Defendants here, Reyna Sanchez, Teresa Gonzalez, David Arana, Rogelio Sanchez, Jr., Efren Jesus Sanchez, Emily Sanchez, Efren Sanchez Medrano, and Emelia Quintana Garcia (the Underlying Case Plaintiffs) for the death of Rogelio Sanchez Quintana (the Underlying Case Plaintiffs' Decedent).

3. As pleaded below, Prime's grounds for this declaratory judgment action (this DJA) are based on terms and conditions in the Subject Policy, Exhibit 2 hereto and incorporated by reference:

a. Prime's first notice of the wrongful death on which the Underlying Case is based was when the Underlying Case was initiated, well after the contractual claims-made-and-reported Subject Policy period. Because this contractual condition precedent to liability coverage was not met, a judicial declaration is requested that no liability coverage lies under the Subject Policy in the Underlying Case for any cause of action against Perez Trucking.

. . . . .

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

b. Subject Policy Exclusion 1 excludes liability coverage for "Any obligation of an Insured under workers' compensation." The Underlying Case Plaintiffs' Decedent was Perez Trucking's employee, eligible for workers' compensation. A judicial declaration is requested that no liability coverage lies under the Subject Policy for Perez Trucking on the causes of action for his benefit in the Underlying Case.

c. Subject Policy Exclusion 2 excludes liability coverage for bodily injury to "Any insured arising out of and in the course of the conduct of the Insured's business or insured activities" and "the spouse, child, parent . . . of any Insured . . . as a consequence of Bodily Injury to any Insured." The Underlying Case Plaintiffs' Decedent was Perez Trucking's employee, so coverage is excluded for claims in the Underlying Case brought against Perez Trucking for his benefit and those of the Underlying Case Plaintiffs, who are alleged in Exhibit 1, SAC ¶¶ 1-3, as the Underlying Case Plaintiffs' widow, children, and parents. A judicial declaration is requested that no liability coverage lies under the Subject Policy on the causes of action for their benefit in the Underlying Case.

d. Subject Policy Exclusion 3 excludes liability coverage for bodily injury "[alleged] by one Insured against any other Insured." The Underlying Case Plaintiffs' Decedent was Perez Trucking's employee, acting in the course and scope of his employment, so coverage is excluded for claims in the Underlying Case brought against Perez Trucking for his benefit. A judicial declaration is requested that no liability coverage lies under the Subject Policy for Perez Trucking on the causes of action for his benefit in the Underlying Case.

e. Subject Policy Exclusion No. 4 excludes coverage for "Claims or Suits brought by . . . [one] Insured . . . against another Insured." The Underlying Case Plaintiffs' Decedent was Perez Trucking's employee, acting in the course and scope

36874501.1:12327-0021

-3-

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

of his employment, so coverage is excluded for claims in the Underlying Case brought against Perez Trucking for his benefit. A judicial declaration is requested that no liability coverage lies under the Subject Policy for Perez Trucking on the causes of action for his benefit in the Underlying Case.

f. Subject Policy Exclusion 24 excludes coverage for punitive damages. A judicial declaration is requested that no coverage lies under the Subject Policy for Perez Trucking for the punitive damages sought in the Underlying Case.

## JURISDICTION AND VENUE

4. This DJA is brought under the Declaratory Judgment Act, 28 U.S.C. § 2201, pursuant to the Court's diversity jurisdiction under 28 U.S.C. § 1332(a).

5. Diversity jurisdiction exists on Prime's incorporation and principal place of business in Utah; the residence of seven of the Underlying Case Plaintiffs in California, as alleged in Exhibit 1, SAC ¶¶ 1-2; and the residence of the other Underlying Case Plaintiffs in Mexico, as alleged in Exhibit 1, SAC ¶ 3.

6. The amount at issue is the insurance limits of $1,000,000 per accident, provided in the Policy Declarations in the Subject Policy, Exhibit 2, which are sought in the Underlying Case by or on behalf of the nine Underlying Case Plaintiffs. The case or controversy has arisen from the claims pending in the SAC, Exhibit 1.

7. Venue is satisfied 18 U.S.C. § 1391(b)(2), as this judicial district is where the events in San Bernardino County gave rise to the claims in the Underlying Case occurred, and it is where the Underlying Case is pending, and under 18 U.S.C. § 1391(c)(3) for the two Underlying Case Plaintiffs, who are alleged in Exhibit 1, SAC ¶ 3 as residents of Mexico.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

## THE PARTIES

8. Prime, incorporated in and with its principal place of business in the State of Utah, is Perez Trucking's insurer under the Subject Policy.

9. Perez Trucking is a California corporation in good standing, whose principal place of business is in Huntington Park, Los Angeles County, California.

10. The Underlying Case Plaintiffs are allegedly the heirs of the Underlying Case Plaintiffs' Decedent and residents of Los Angeles County, California, as alleged in Exhibit 1, SAC ¶¶ 1-2 in Mexico, as alleged in Exhibit 1, SAC ¶ 3.

## PRIME'S CLAIM FOR DECLARATORY JUDGMENT

11. Prime repeats, realleges, and incorporates by reference ¶¶ 1-10.

12. The Underlying Case arose from an accident on October 4, 2022 in Fontana, California, while the Underlying Case Plaintiffs' Decedent was driving Perez Trucking's truck with an attached gondola scrap trailer, full of metal scraps.

13. The Underlying Case Plaintiffs' Decedent opened the rear doors of the trailer of the scrap metal, and the force of the doors knocked him to the ground, causing him to hit his head and two days later to die as a result of his injuries.

14. On February 7, 2024, Underlying Case Plaintiffs filed the Underlying Case against Perez Trucking and others, for general damages, economic damages, and punitive damages.

15. Notice to Prime of the Underlying Case was Prime's first notice of the death of the Underlying Case Plaintiffs' Decedent and of the claims being asserted therein.

36874501.1:12327-0021

-5-

16. Prime's insurance coverage attorneys forwarded a letter dated February 6, 2025 to Perez Trucking, Exhibit 3 hereto and incorporated by reference, reserving the right to deny coverage while defending Perez Trucking in the Underlying Case.

17. That February 6, 2025 notice constituted actual notice to Perez Trucking to anticipate that Prime would initiate this DJA.

18. Prime's insurance coverage attorneys forwarded a letter dated February 12, 2025 to the Attorneys of Record for the Underlying Case Plaintiffs, Exhibit 4 hereto and incorporated by reference, reserving the right to deny coverage while defending Perez Trucking in the Underlying Case.

19. That February 12, 2025 notice constituted actual notice to the Underlying Case Plaintiffs to anticipate that Prime would initiate this DJA.

20. The Subject Policy, Exhibit 2, covers third-party, bodily injury liability claims against Perez Trucking and its employees, but not first-party bodily injury claims by employees, their spouses, children, and parents.

21. And as alleged in ¶ 3(a), above, and fully set forth in the Subject Policy, Exhibit 2, liability coverage thereunder is expressly conditioned on notice to Prime of all bodily injuries during the policy period in which they were sustained.

22. And as alleged in ¶ 3(b)-(e), the Subject Policy also excludes liability coverage on claims brought by or on behalf of insured employees and their spouses and children, such as all nine of the Underlying Case Plaintiffs, who are their Decedent's widow, children, and parents.

. . . . .

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

36874501.1:12327-0021

-6-

PRIME INSURANCE COMPLAINT FOR DECLARATORY JUDGMENT AND JURY DEMAND

23. Based on the foregoing facts and the material Subject Policy terms, conditions, and exclusions, there is no liability insurance available under the Subject Policy for Perez Trucking for the Underlying Case Plaintiffs' wrongful death claims.

## PRIME'S REQUESTS FOR RELIEF

Prime requests the Court to judicial declare under 28 U.S.C. § 2201 that there is no liability coverage under the Subject Policy for the Underlying Case Plaintiffs' causes of action against Perez Trucking in the Underlying Case, based on:

- Perez Trucking's failure to satisfy the condition precedent of notice of the injury and claim within the Subject Policy period, which bars coverage for Perez Trucking in the Underlying Case and/or:

- The enforcement of Subject Policy Exclusion 1, which bars coverage for the claims in the Underlying Case on behalf of the Underlying Case Plaintiffs' Decedent and/or:

- The enforcement of Subject Policy Exclusion 2, which bars coverage for the claims in the Underlying Case on behalf of the Underlying Case Plaintiffs' Decedent and the Underlying Case Plaintiffs and/or:

- The enforcement of Subject Policy Exclusion 3, which bars coverage for the claims in the Underlying Case on behalf of the Underlying Case Plaintiffs' Decedent and/or:

- The enforcement of Subject Policy Exclusion 4, which bars coverage for the claims in the Underlying Case on behalf of the Underlying Case Plaintiffs' Decedent and/or:

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ◆ FAX 310.481.7650

- The enforcement of Subject Policy Exclusion 24, which excludes coverage for the punitive damages sought in the Underlying Case.

Dated: March 7, 2025

**WOOD, SMITH, HENNING & BERMAN LLP**

By: _____

Robert A. Latham III

Attorneys for Prime Insurance Company

## JURY DEMAND

Prime Insurance Company requests a trial by jury on all issues so triable.

Dated: March 7, 2025

**WOOD, SMITH, HENNING & BERMAN LLP**

By: _____

Robert A. Latham III

Attorneys for Prime Insurance Company

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650