Robert A. Latham III (SBN 125081)
WOOD SMITH HENNING & BERMAN LLP
10960 Wilshire Blvd., 18th Foor
Los Angeles, CA 90024-3804
Tel: (310) 481-7600/Fax: (310) 481-7650
Email: rlatham@wshblaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME INSURANCE COMPANY <br><br> Plaintiff(s), <br><br> v. <br><br> M.A. PEREZ TRUCKING, INC., a California corporation; REYNA SANCHEZ, individually and as Successor-in-Interest to ROGELIO SANCHEZ QUINTANA, Decedent; TERESA GONZALEZ, an individual; DAVID ARANA, an individual;ROGELIO SANCHEZ, JR., an individual; EFREN JESUS SANCHEZ, an individual; EMILY SANCHEZ, an individual; EFREN SANCHEZ MEDRANO; an individual; and EMELIA QUINTANA GARCIA, an individual <br> Defendant(s). | CASE NUMBER <br><br> 5:25-cv-00612-JGB (SHKx) <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) _Reyna Quintana, Teresa Gonzalez, David Arana, Rogelio Sanchez Jr., Efren Jesus_ _Sanchez, Emily Sanchez, Efren Sanchez Medrano & Emelia Quintana Garcia_ is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _Prime Insurance Company_ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_July 11, 2025_                    */s/ Robert A. Latham III*
            *Date*                         *Signature of Attorney/Party*

*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)        **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**